# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/29/2017              TIME:  2:30 PM              TIME IN COURT: 10 min.

CASE:  **CV 17-1662 (JMA)(AKT)** Price v. Schneider et al

APPEARANCES:       For Plaintiff:  Alan Levine

                                          For Defendant: Pablo Fernandez

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☒ A telephone status conference is scheduled for 9/13/2017 at 3:00 PM.  Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒ Other:  Parties to exchange discovery as set forth on the record.