UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GRETA PRICE,

                Plaintiff,

     - against -

P.O. MICHAEL A. SCHNEIDER, Shield
No. 0716, P.O. JAMES HURTT, DET. JOHN
O'CONNOR and THE COUNTY OF NASSAU,

                Defendants.
-----------------------------------------------------------X

CV-17-1662 (JMA) (AKT)

STIPULATION AND ORDER
OF DISMISSAL AS TO
DEFENDANTS SCHNEIDER,
HURTT and O'CONNOR

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice against defendant P.O. Michael A. Schneider, Shield No. 0716, P.O. James Hurtt and Detective John O'Connor without costs or attorneys' fees to any party.

Dated: April 30, 2018

LAW OFFICES OF
ALAN D. LEVINE

By: _____
Alan D. Levine, Esq.
80-02 Kew Gardens Road, Ste. 307
Kew Gardens, New York 11415
(718) 793-6363
Attorney for Plaintiff

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Liora M. Ben-Sorek
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3014
Attorney for Defendants

SO ORDERED:

_____
Hon. Joan M. Azrack
United States District Judge